

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00465-CV

**IN THE INTEREST OF J.A.J., N.Z.J., AND N.V.J.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00188
Honorable Raul Perales, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's brief originally was due on August 30, 2022. Appellant is represented on appeal by appointed counsel, Mr. Manuel C. Rodriguez, Jr. On August 31, 2022, Mr. Rodriguez filed an unopposed first request for an extension, asking for an additional twenty days in which to file the brief.

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." Tex. R. Jud. Adm. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on July 28, 2022. The request is GRANTED; however, given the constraints governing disposition of this appeal, no further extensions of time will be granted absent extenuating circumstances. Mr. Rodriguez is ORDERED to file appellant's brief **no later than September 19, 2022**.

It is so **ORDERED** on this 1st day of September, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court